**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HIEN DUY NGUYEN, individually and on behalf of all others similarly situated, | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 4:26-cv-05411 |
| US EXPEDITERS, LLC, a Texas limited liability company; and DOES 1 through 15, inclusive, | § | |
| *Defendants*. | § | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

Plaintiff Hien Duy Nguyen ("Plaintiff") and Defendant U.S. Expediters, LLC ("US Expediters") (together, the "Parties") hereby provide notice to this Court that they have reached and executed a settlement of Plaintiff's claims against US Expediters.

Accordingly, the Parties respectfully request that this Court stay all proceedings and deadlines in the above-captioned case until October 15, 2026, to permit the Parties to fulfill all obligations pursuant to the settlement agreement. Within five business days of the completion of US Expediters' obligations under the settlement agreement, Plaintiff will file a voluntary notice of dismissal.

Respectfully submitted this 28th day of August, 2026.

TAULER SMITH LLP

*/s/ Camrie Ventry*
Camrie Ventry
TEXAS BAR NO. 24126131
S.D. BAR NO.
100 Crescent Court, 7th Floor
Dallas, TX 75201
cventry@taulersmith.com

Robert Tauler
TEXAS BAR NO. 24122095
626 Wilshire Blvd, Suite 1100
Los Angeles, CA 90017
rtauler@taulersmith.com

***Attorneys for Plaintiff***

HAYNES AND BOONE, LLP

*/s/ Dallas Jackson*
Dallas Jackson, attorney-in-charge
Texas Bar No. 24132246
S.D. Bar No. 3915051
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: dallas.jackson@haynesboone.com

***Attorney for US Expediters, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF in accordance with the Federal Rules of Civil Procedure on this 28th day of August, 2026.

Robert Tauler
TAULER SMITH LLP
626 Wilshire Blvd, Suite 1100
Los Angeles, CA 90017
rtauler@taulersmith.com

Camrie Ventry
TAULER SMITH LLP
100 Crescent Court, 7th Floor
Dallas, TX 75201
cventry@taulersmith.com

*/s/ Dallas Jackson*
Dallas Jackson