United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Hien Duy Nguyen, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5411 |
| | § | |
| US Expediters, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON NOTICE OF SETTLEMENT**

Before the Court is the parties' Joint Notice of Settlement. Doc. 8. Pursuant to the Notice of Settlement, the Court VACATES all pending deadlines and hearings. The parties shall file a Stipulation of Dismissal within sixty (60) days of the date of this Order. If they fail to file the stipulation or any objection to dismissal, the Court will dismiss the action *sua sponte* upon the expiration of the sixty-day period.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 31st of August, 2026.

Nicholas J. Ganjei
United States District Judge